# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EQUITY CAPITAL MARKETS, LLC

VERSUS

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON

NO.  2026 CW 0058

**MAY 12, 2026**

---

In Re:   Equity Capital Markets, LLC, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. 750219.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**APPLICATION FOR REHEARING DENIED.** See Rule 2-18.7, Uniform Rules of Louisiana Courts of Appeal.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT